ELIZABETH BEESE, PLAINTIFF-PETITIONER, v.
FIRST NATIONAL STORES, DEFENDANT-RESPONDENT.

*Messrs. Balk, Jacobs, Goldberger & Mandell* for the petitioner.

*Messrs. O'Brien, Brett & O'Brien* for the respondent.

November, 28, 1967. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
MILTON LEVY AND FRANK A. COPPOLO, DEFEND-
ANTS-PETITIONERS.

*Mr. Norman Fischbein* for the petitioners.

*Mr. Brendan T. Byrne* and *Mr. Richard B. McGlynn* for the respondent.

November 28, 1967. Denied.

ST. JOHN'S GREEK CATHOLIC HUNGARIAN RUSSIAN
ORTHODOX CHURCH OF RAHWAY, NEW JERSEY,
ETC., ET AL., PLAINTIFFS-PETITIONERS, v. MICHAEL
FEDAK, ET ALS., DEFENDANTS-RESPONDENTS.

See same case below: 96 *N. J. Super.* 556.

*Mr. Domonick A. Mirabelli* and *Mr. Paul R. Williams, Jr.* for the petitioners.

*Messrs. Clapp & Eisenberg* for the respondents.

November 28, 1967. Denied.